Frank E. Schimaneck, Esq. (SBN 73912)
Susan E. Foe, Esq. (SBN 148730)
DRYDEN, MARGOLES, SCHIMANECK & WERTZ
A Law Corporation
505 Sansome Street, Sixth Floor
San Francisco, California 94111
Telephone: (415) 362-6715
Facsimile: (415) 362-0638
Email:  feschimaneck@drydenlaw.com
        sefoe@dyrdenlaw.com

Attorneys for Defendant
SNORKEL INTERNATIONAL, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| GERARDO SALINAS, et al., | USDC NO. C-08-4939-EDL |
| Plaintiffs, | [**PROPOSED**] **ORDER OF SUBSTITUTION OF ATTORNEYS AS TO COUNSEL FOR DEFENDANT SNORKEL INTERNATIONAL, INC.** |
| v. | |
| AMTECK OF TEXAS, et al., | |
| Defendants. | Judge: The Honorable Magistrate Judge Elizabeth D. Laporte |

Pursuant to Defendant Snorkel International, Inc.'s Stipulation and Request for Order of Substitution of Counsel and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Defendant SNORKEL INTERNATIONAL, INC. henceforth be represented in the place Tonya Beane Webber of Porter, Rogers, Dahlman & Gordon, P.C. in this action by:

> **Frank E. Schimaneck, Esq.  (SBN: 73912)**
> **Susan E. Foe, Esq. (SBN:  148730)**
> **Dryden, Margoles, Schimaneck & Wertz**
> **505 Sansome Street, Sixth Floor**
> **San Francisco, CA 94111**
> **Tel:  (415) 362-6715 * Fax:  (415) 362-0638**
> **Email:  feschimaneck@drydenlaw.com ; sefoe@dyrdenlaw.com**

**DRYDEN, MARGOLES, SCHIMANECK & WERTZ**
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111
(415) 362-6715

1

[PROPOSED] ORDER OF SUBSTITUTION OF ATTORNEYS AS TO COUNSEL FOR DEFENDANT SNORKEL INTERNATIONAL, INC.

*Salinas, George  vs. Amteck, et al.*
USDC NO. C 08-4939-EDL

1

Case 4:08-cv-04939-PJH   Document 10   Filed 01/05/09   Page 2 of 2

1  Tonya Beane Webber of Porter, Rogers, Dahlman & Gordon, P.C. is hereby relieved as
2  Counsel for defendant SNORKEL INTERNATIONAL, INC. in this action.
3  **IT IS SO ORDERED.**
4  DATED: January 5, 2009

_____
Elizabeth D. Laporte
Magistrate Judge, United States District Court



DRYDEN,
MARGOLES,
SCHIMANECK
& WERTZ
505 SANSOME STREET
SIXTH FLOOR
SAN FRANCISCO,
CALIFORNIA 94111
(415) 362-6715

2

[PROPOSED] ORDER OF SUBSTITUTION OF ATTORNEYS AS TO COUNSEL FOR DEFENDANT SNORKEL INTERNATIONAL, INC.

*Salinas, George vs. Amteck, et al.*
USDC NO. C 08-4939-EDL

2